NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANVIK CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**CHUNGHWA PICTURE TUBES, LTD., TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., NIKON PRECISION, INC., NIKON RESEARCH CORPORATION OF AMERICA,** AND **NIKON CORPORATION,**
*Defendants-Appellees.*

---

2012-1459

---

Appeal from the United States District Court for the Southern District of California in No. 11-CV-2203, Judge Roger T. Benitez.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the jointly filed motion to withdraw this appeal,

IT IS ORDERED THAT:

2                    ANVIK CORPORATION v. CHUNGHWA PICTURE TUBES

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: December 30, 2013